UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80102-CIV-SINGHAL/Matthewman

TING PENG, et al., on behalf of themselves
individually and all others similarly situated,
and derivatively on behalf of HARBOURSIDE
FUNDING, LP,

      Plaintiffs,

v.

NICHOLAS A. MASTROIANNI, II, et al.,

      Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The Mediation conference in this matter shall be held with Bruce Edwards of Judicial Arbitration and Mediation Services (JAMS). The mediation is scheduled for July 8, 2020 at 9:00 a.m. PDT. All parties and counsel must attend. Due to the impact of, and uncertainty related to COVID-19, the parties shall mediate via Zoom video conference. The mediator shall file a Mediation Report by **July 13, 2020.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of June 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF