UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80102-CIV-SINGHAL/Matthewman

TING PENG, et al., on behalf of themselves
individually and all others similarly situated,
and derivatively on behalf of HARBOURSIDE
FUNDING, LP,

    Plaintiffs,

v.

NICHOLAS A. MASTROIANNI, II, et al.,

    Defendants.
_____/

## ORDER TO FILE MEDIATION REPORT

**THIS CAUSE** has come before the Court *sua sponte* upon review of the docket. A mediation conference was scheduled for July 8, 2020, and the mediator was to file a report by July 13, 2020. To date, no report has been filed. Accordingly, it is hereby

**ORDERED** that a Mediation Report shall be filed by **August 12, 2020.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of August 2020.

                                                            RAAG SINGHAL
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF