UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-80102-CANNON/REINHART

TING PENG and LIN FU, on behalf of
themselves individually and all others similarly
situated, and derivatively on behalf of
HARBOURSIDE FUNDING, LP, a Florida
limited partnership,

      Plaintiffs,

vs.

NICHOLAS A. MASTROIANNI II;
HARBOURSIDE FUNDING GP, LLC, a
Florida limited liability company; and
HARBOURSIDE PLACE, LLC, a Delaware
limited liability company,

      Defendants,

and

HARBOURSIDE FUNDING, LP, a Florida
limited partnership,

      Nominal Defendant.

**DECLARATION OF RICHARD G. HADDAD IN FURTHER SUPPORT
OF DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES
AND COSTS AGAINST PLAINTIFFS TING PENG AND LIN FU**

I, RICHARD G. HADDAD, pursuant to 28 U.S.C. § 1746, declare, under penalty of

perjury, that the following is true and correct:

1.      I am a Member of the Firm of Otterbourg P.C. ("Otterbourg"), co-counsel for the

named Defendants in this Action.  I am personally familiar with the facts hereinafter set forth in

this Declaration, and if called as a witness I would testify to the truth of the following.  I submit

this Reply Declaration in further support of Defendants' Motion for Award of Attorneys' Fees and Costs Against Plaintiffs Ting Peng and Lin Fu (the "Reply").

2. In their Opposition, Plaintiffs argue that Defendants' request for $54,846.45 in legal fees and costs is unreasonable because Defendants spent "too much time for too little work."  This argument is without merit.

3. I have been a practicing litigator since 1988.  The preparation of a legal brief is a cohesive process that involves analyzing the pleadings and the facts alleged therein, researching the legal issues, reviewing the underlying legal documents and drafting the different legal points.

4. Nor can the preparation of the body or individual points of a brief be divorced from the preparation of the introductory portions of a brief.  Insofar as the introductory portions of a brief summarize the pleadings, the facts, and the legal issues presented, they are essential to the presentation of the legal arguments within the body of the brief.

5. Moreover, in this case, the civil theft claim involved research, analysis and briefing on other claims because the tort of conversion was alleged to be an element of the civil theft claim, and because Plaintiffs' contract-based claims, including those asserted derivatively on behalf of the Funding Partnership, were determinative on the civil theft claim.

6. Thus, in reviewing the underlying invoices issued by Otterbourg from the period February 7, 2020 through May 6, 2021, and assessing and apportioning the fees attributable to the defense of Plaintiffs' civil theft claim to arrive at $54,846.45, I was mindful of all of the work being done in this matter, and used my best judgment as to the amount of time spent on each specific task that pertained to the civil theft claim.  We researched and prepared moving and reply papers on two motions to dismiss, reviewed the Plaintiffs' papers in opposition to the two motions and prepared for and successfully argued the motions to dismiss twice—once before Judge Singhal

and once before Judge Cannon.   Work on other portions of the case is not subject to the reimbursement claim and is either redacted or reflected in reduction of particular entries.   All of the work for which reimbursement was sought was reasonably necessary to protect my clients and to obtain dismissal of the civil theft claims.

7.      Contrary to the assertion on page 15 of the Opposition, I did not charge "70 hours of time" to the civil theft claim, nor was the most time on the claim spent by the "most senior attorney."   As the submitted time records show, the majority of the time was spent by the most junior attorney on the matter, Ms. Leon, at the lowest rate charged in this matter  --  a blended rate of $334.20 per hour.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York

July 1, 2021

_/s/ Richard G. Haddad_____
Richard G. Haddad