UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-80102-CANNON/REINHART

TING PENG and LIN FU, on behalf of themselves individually and all others similarly situated, and derivatively on behalf of HARBOURSIDE FUNDING, LP, a Florida limited partnership,

    Plaintiffs,

vs.

NICHOLAS A. MASTROIANNI II; FLORIDA REGIONAL CENTER, LLC, a Delaware limited liability company; HARBOURSIDE FUNDING GP, LLC, a Florida limited liability company; and HARBOURSIDE PLACE, LLC, a Delaware limited liability company,

    Defendants,

and

HARBOURSIDE FUNDING, LP, a Florida limited partnership,

    Nominal Defendant.

**PLAINTIFFS TING PENG AND LIN FU'S NOTICE OF COMPLIANCE WITH ORDER GRANTING IN PART DEFENDATNS' MOTION FOR ATTORNEYS' FEES**

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Order issued by Judge Aileen M. Cannon on July 9, 2021 in the above-captioned action (ECF No. 116), Plaintiffs Ting Peng and Lin Fu, through the undersigned counsel, hereby submit this Notice of Compliance.

Dated: July 23, 2021　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　by /s/ *Jeffrey L. Fazio*

　　　　　　　　　　　　　　　　　　　Jeffrey L. Fazio (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　**DEHENG LAW OFFICES PC**
　　　　　　　　　　　　　　　　　　　Silicon Valley Office
　　　　　　　　　　　　　　　　　　　7901 Stoneridge Drive, Suite 208
　　　　　　　　　　　　　　　　　　　Pleasanton, CA 94588
　　　　　　　　　　　　　　　　　　　T: 925-399-5856
　　　　　　　　　　　　　　　　　　　F: 925-397-1976
　　　　　　　　　　　　　　　　　　　E-mail: jfazio@dehengsv.com

　　　　　　　　　　　　　　　　　　　Matthew Fornaro (Florida Bar No. 0650641)
　　　　　　　　　　　　　　　　　　　**MATTHEW FORNARO, P.A.**
　　　　　　　　　　　　　　　　　　　11555 Heron Bay Boulevard, Suite 200
　　　　　　　　　　　　　　　　　　　Coral Springs, FL 33076
　　　　　　　　　　　　　　　　　　　T: 954-324-3651
　　　　　　　　　　　　　　　　　　　F: 954-248-2099
　　　　　　　　　　　　　　　　　　　E-mail: mfornaro@fornarolegal.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on July 23, 2021, and served by the same means on all counsel of record.

　　　　　　　　　　　　　　　　　　　by /s/ *Matthew Fornaro*