UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-80102-CANNON/Reinhart

TING PENG and LIN FU, on behalf of
themselves individually and all others similarly
situated, and derivatively on behalf of
HARBOURSIDE FUNDING, LP, a Florida
limited partnership,

     Plaintiffs,

vs.

NICHOLAS A. MASTROIANNI II;
HARBOURSIDE FUNDING GP, LLC, a
Florida limited liability company; and
HARBOURSIDE PLACE, LLC, a Delaware
limited liability company,

     Defendants,

and

HARBOURSIDE FUNDING, LP, a Florida
limited partnership,

     Nominal Defendant.

**DECLARATION OF JEFFREY L. FAZIO**
**IN SUPPORT OF EXPEDITED MOTION TO APPOINT MAGISTRATE JUDGE**
**AS SPECIAL MASTER AND TO MODIFY SCHEDULING ORDER**

I, Jeffrey L. Fazio, declare as follows:

1.      I am Of Counsel with DeHeng Law Offices, P.C. ("DeHeng"), counsel of record for Plaintiffs Ting Peng and Lin Fu in the above-titled action. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2.      Plaintiffs filed an expedited motion to modify the Scheduling Order in this case on October 11, 2021 (ECF 120), which was granted in part on October 13, 2021 (ECF 123).

3.      The next day, October 14, 2021, counsel for Defendants, Richard Haddad, advised me that he expected Defendant Mastroianni to provide him with a date on which his deposition could resume (having terminated less than two hours after it began on September 8, 2021). The next day, Mr. Haddad advised me that Defendant Mastroianni would be available on October 22 at 1:30 p.m. or on October 25 at 9:00 a.m. A true and correct copy of the email message Mr. Haddad sent to me in that regard is attached hereto as **Exhibit 1**.

4.      The parties eventually agreed to resume the Mastroianni deposition on October 25, 2021. Just before the deposition was about to begin, however, I was notified that the court reporter was having technical difficulties and that the court reporting service was looking for a substitute. Shortly after I advised Mr. Haddad of the situation, Defendant Mastroianni (who had arrived late) logged off of Zoom and, shortly thereafter, Mr. Haddad advised me that the deposition could resume on one of two dates: October 28 at 2:00 p.m. or November 10 at 9:00 a.m.

5.      Although starting at 9:00 a.m. was preferable because so little progress was made during the first round of the Mastroianni deposition, the November 10 date was too close to the November 19 close of discovery. Accordingly, I advised Mr. Haddad that October 25 was my preference, but that the date depended on whether a hearing in another matter that was scheduled

-1-

for the same day in the Central District of California was rescheduled. A motion to defer the hearing date had been filed, but the Court had yet to rule as of October 25.

6.      I sent or exchanged several more email messages with Mr. Haddad that morning, true and correct copies of which are attached hereto as **Exhibits 2** through **5.**

7.      The Court vacated the October 28 hearing the following day (October 26), so I advised Mr. Haddad that the deposition could resume on October 28, 2021. A true and correct copy of the messages I exchanged with Mr. Haddad in that regard is attached hereto as **Exhibit 6**.

8.      On October 28, Mr. Haddad advised me that he had to cancel the deposition yet again because he and Defendant Mastroianni were working on unrelated business matters. A true and correct copy of Mr. Haddad's message and my reply to it is attached hereto as **Exhibit 7**.

9.       When Mr. Haddad did not reply to my message, I sent another the same day. A true and correct copy of that message is attached hereto as **Exhibit 8**.

10.     Later the same day, Mr. Haddad and I exchanged two more messages in which Mr. Haddad ultimately advised me that Defendant Mastroianni would be available to resume his deposition on November 1, 2021. A true and correct copy of those messages are attached hereto as **Exhibits 9** and **10**.

11.     On Monday, November 1, 2021, Mr. Haddad advised me that Defendant Mastroianni would not appear for his deposition and asked that we reschedule for Wednesday or Thursday. I agreed to resume the deposition on Thursday, November 4. The next day, however, Mr. Haddad sent another message, advising me that the deposition would not resume on November 4 because of a "misunderstanding" and that Defendant Mastroianni would not be available until the Wednesday or Thursday of the following week. A true and correct copy of my exchange of messages with Mr. Haddad in that regard is attached hereto as **Exhibit 11**.

12.     The next day (November 2, 2021) I spoke to an attorney by the name of Jacob Thomas Shillig, who had contacted me after his clients had received the Class Notice that had been distributed to absent class members in this case. Mr. Shillig advised me that he represented several of the plaintiffs in the action that is pending in Florida state court action, *Fu v. v. Mastroianni,* No. 50-2018- CA-012883-XXXXMB (15th Jud. Dist. Ct. Palm Beach Cty.), which is based on the same operative facts as the present case.

13.     After I answered his questions about the Class Notice, I mentioned to Mr. Shillig that I had been having difficulty completing my deposition of Defendant Mastroianni. Mr. Shillig immediately responded by asking if Defendant Mastroianni was avoiding the deposition by claiming that an "emergency" had arisen at the last minute. When I said that Defendant Mastroianni had done the same in the present case, Mr. Shillig advised me that Defendant Mastroianni had claimed that an "emergency" had prevented him from starting or finishing his deposition in the *Fu* action as well.

14.     Shortly thereafter, I searched the document database containing the materials Defendants produced in response to Plaintiffs' document requests in this action, and I found a copy of a transcript of a deposition of Defendant Mastroianni in the *Fu* action on August 4, 2020, in which Defendant Mastroianni was questioned about the last-minute notice Mr. Haddad had given to the plaintiff's counsel about Defendant Mastroianni that he had a "hard stop" at 11:45 a.m. for the deposition, which had begun at 10:00 a.m., due to an "emergency." A true and correct copy of the relevant excerpts of that deposition is attached hereto as **Exhibit 12**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at Danville, California, on November 9, 2021.

_____ /s/ *Jeffrey L. Fazio*_____
Jeffrey L. Fazio



EXHIBIT 1

| | |
|---|---|
| **Subject:** | Re: Peng Matter |
| **Date:** | Friday, October 15, 2021 at 7:51:53 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **CC:** | Yi Yao, Mei Xuan, Gabriela S. Leon |
| **Attachments:** | image001.jpg, image002.gif |

Richard,

Monday, October 25, at 9:00 Eastern works.

Thanks.

Jeff

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Friday, October 15, 2021 at 5:57 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Yi Yao <yyao@dehengsv.com>, Mei Xuan <mxuan@dehengsv.com>, "Gabriela S. Leon"
<GLeon@otterbourg.com>
**Subject:** RE: Peng Matter

Jeff:

How about next Friday, 10/22, starting at 1:30 or 2:00 p.m. Eastern time?

Or Monday, 10/25, starting at 9:00 a.m. Eastern time?

Richard

---

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]
**Sent:** Thursday, October 14, 2021 3:17 PM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>; Mei Xuan <mxuan@dehengsv.com>
**Subject:** Re: Peng Matter

Richard,

Okay, I'll wait until noon tomorrow. Again, however, time is of the essence, so if we don't
work out a mutually convenient schedule by then, we'll be serving an amended notice.

As for the notice, I sent our local counsel the Notice of Striking (per the Clerk's instructions)

as well as the Amended Proposed Notice and a proposed order yesterday. It should have been filed by now; I'll check on it and let you know.

Jeff

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

 DeHeng Law Offices

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Thursday, October 14, 2021 at 11:53 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Subject:** Peng Matter

Jeff:

I am working with Mr. Mastroianni's assistant on the deposition date, and expect to get you a date by tomorrow.

Are you able to get the class stip and notice on file?

Richard

 Otterbourg

---

**Richard G. Haddad** • Otterbourg P.C. • 230 Park Avenue • New York, NY 10169 • Direct: (212) 905-3622 • Cell: (914) 261-4921 • Fax: (212) 682-6104 • rhaddad@otterbourg.com • otterbourg.com

---

The information contained in this communication may be privileged and/or confidential and is intended only for the individual to whom it is addressed or agent responsible to deliver it to the intended recipient. If you have received this communication in error, please immediately notify us by telephone.



EXHIBIT 2

| | |
|---|---|
| **Subject:** | Re: Deposition |
| **Date:** | Monday, October 25, 2021 at 6:16:08 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **CC:** | Yi Yao, Mei Xuan |
| **Attachments:** | image001.jpg |

Richard,

If Ms. Flucas hasn't told you, we are awaiting word from the court reporter, who doesn't appear to have logged on yet. But neither have you or Mr. Mastroianni; only Ms. Flucas is here from Defendants' side. Is there a problem?

Jeff

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

cidimage001.jpg@01D5EE20.C3677880

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Monday, October 25, 2021 at 5:54 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Yi Yao <yyao@dehengsv.com>, Mei Xuan <mxuan@dehengsv.com>
**Subject:** RE: Deposition

ok

---

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]
**Sent:** Monday, October 25, 2021 8:54 AM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>; Mei Xuan <mxuan@dehengsv.com>
**Subject:** Deposition
**Importance:** High

Richard,

I'm going to need another 10 minutes to finish getting the exhibits in order. See you at 9:10

1

am Eastern.

Jeff

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

 DeHeng Law Offices



EXHIBIT 3

| | |
|---|---|
| **Subject:** | Re: Deposition |
| **Date:** | Monday, October 25, 2021 at 6:31:08 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **CC:** | Yi Yao, Mei Xuan |
| **Attachments:** | image001.jpg |

Richard,

Apparently, the court reporter has had technical difficulties and the service is looking for a backup, but has yet to find one.

Would you prefer to reschedule? If so, when?

Jeff

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Monday, October 25, 2021 at 5:54 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Yi Yao <yyao@dehengsv.com>, Mei Xuan <mxuan@dehengsv.com>
**Subject:** RE: Deposition

ok

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]
**Sent:** Monday, October 25, 2021 8:54 AM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>; Mei Xuan <mxuan@dehengsv.com>
**Subject:** Deposition
**Importance:** High

Richard,

I'm going to need another 10 minutes to finish getting the exhibits in order. See you at 9:10 am Eastern.

Jeff

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

1





EXHIBIT 4

| | |
|---|---|
| **Subject:** | FW: Deposition |
| **Date:** | Monday, October 25, 2021 at 6:35:58 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard Haddad |
| **CC:** | Yi Yao, Mei Xuan |
| **Priority:** | High |
| **Attachments:** | image001.jpg |

Richard,

I see that Mr. Mastroianni has signed off. Does that mean you and he would prefer to reschedule?

Please advise. I'll wait until I hear from you before deciding anything, either way.

Thanks.

Jeff

**From:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Date:** Monday, October 25, 2021 at 6:31 AM
**To:** Richard Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>, Mei Xuan <mxuan@dehengsv.com>
**Subject:** Re: Deposition

Richard,

Apparently, the court reporter has had technical difficulties and the service is looking for a backup, but has yet to find one.

Would you prefer to reschedule? If so, when?

Jeff

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Monday, October 25, 2021 at 5:54 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Yi Yao <yyao@dehengsv.com>, Mei Xuan <mxuan@dehengsv.com>
**Subject:** RE: Deposition

ok

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]

1

**Sent:** Monday, October 25, 2021 8:54 AM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>; Mei Xuan <mxuan@dehengsv.com>
**Subject:** Deposition
**Importance:** High

Richard,

I'm going to need another 10 minutes to finish getting the exhibits in order. See you at 9:10 am Eastern.

Jeff

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

 DeHeng Law Offices

2



EXHIBIT 5

| **Subject:** | Re: Deposition |
|---|---|
| **Date:** | Monday, October 25, 2021 at 6:38:33 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **CC:** | Yi Yao, Mei Xuan |
| **Attachments:** | image001.jpg |

I have a hearing at 2:00 Eastern on Thursday, but it may be pushed. If it is, that would be my preference.

If the hearing is not rescheduled by tomorrow, I'll let you know and we will proceed with November 10.

Thanks.

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Monday, October 25, 2021 at 6:36 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Yi Yao <yyao@dehengsv.com>, Mei Xuan <mxuan@dehengsv.com>
**Subject:** RE: Deposition

## Thursday at 2:00 Eastern? Or

## November 10 at 9:00 Eastern?

---

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]
**Sent:** Monday, October 25, 2021 9:31 AM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>; Mei Xuan <mxuan@dehengsv.com>
**Subject:** Re: Deposition

Richard,

Apparently, the court reporter has had technical difficulties and the service is looking for a backup, but has yet to find one.

Would you prefer to reschedule? If so, when?

Jeff

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Monday, October 25, 2021 at 5:54 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>

1

**Cc:** Yi Yao <yyao@dehengsv.com>, Mei Xuan <mxuan@dehengsv.com>
**Subject:** RE: Deposition

ok

---

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]
**Sent:** Monday, October 25, 2021 8:54 AM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>; Mei Xuan <mxuan@dehengsv.com>
**Subject:** Deposition
**Importance:** High

Richard,

I'm going to need another 10 minutes to finish getting the exhibits in order. See you at 9:10 am Eastern.

Jeff

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com





EXHIBIT 6

| | |
|---|---|
| **Subject:** | RE: Any word yet on Thursday? |
| **Date:** | Tuesday, October 26, 2021 at 11:25:15 AM Pacific Daylight Time |
| **From:** | Richard G. Haddad |
| **To:** | Jeffrey L. Fazio |
| **CC:** | Yi Yao, Mei Xuan |
| **Attachments:** | image001.gif |

I will let him know.  Thank you.

---

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]
**Sent:** Tuesday, October 26, 2021 2:24 PM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>; Mei Xuan <mxuan@dehengsv.com>
**Subject:** Re: Any word yet on Thursday?

Richard,

Just received word from the Court that the October 28 hearing has been vacated, so the Mastroianni deposition will proceed on Thursday at 2:00 pm Eastern.

Thanks.

Jeff

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Monday, October 25, 2021 at 4:20 PM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Subject:** Any word yet on Thursday?



**Richard G. Haddad** • Otterbourg P.C. • 230 Park Avenue • New York, NY 10169 • Direct: (212) 905-3622 • Cell: (914) 261-4921 • Fax: (212) 682-6104 • rhaddad@otterbourg.com • otterbourg.com

The information contained in this communication may be privileged and/or confidential and is intended only for the individual to whom it is addressed or agent responsible to deliver it to the intended recipient. If you have received this communication in error, please immediately notify us by telephone.



EXHIBIT 7

| **Subject:** | Re: Deposition |
| **Date:** | Thursday, October 28, 2021 at 9:09:42 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **CC:** | Mei Xuan, Yi Yao, Gabriela S. Leon |
| **Priority:** | High |
| **Attachments:** | image001.gif |

Richard,

This is becoming ridiculous. Okay, if we can get it done next week. Can you confirm that now? Aside from filings, I'm free for the entire week, but I'm jammed through the close of discovery.

Please confirm ASAP.

Jeff

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

cidimage001.jpg@01D5EE20.C3677880

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Thursday, October 28, 2021 at 8:55 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Mei Xuan <mxuan@dehengsv.com>, Yi Yao <yyao@dehengsv.com>, "Gabriela S. Leon" <GLeon@otterbourg.com>
**Subject:** Deposition

Jeff:

Nick and I are in the midst of a closing on another totally unrelated matter that was supposed to close yesterday, and is instead playing out as I type this and will go on the rest of the afternoon. I don't think either of us wants to proceed in fits and starts. Can we reschedule the deposition? I will cover any reporter bust fee. Thank you.

Richard

1



**Richard G. Haddad** • Otterbourg P.C. • 230 Park Avenue • New York, NY 10169 • Direct: (212) 905-3622 • Cell: (914) 261-4921 • Fax: (212) 682-6104 •  rhaddad@otterbourg.com • otterbourg.com

The information contained in this communication may be privileged and/or confidential and is intended only for the individual to whom it is addressed or agent responsible to deliver it to the intended recipient. If you have received this communication in error, please immediately notify us by telephone.



EXHIBIT 8

| | |
|---|---|
| **Subject:** | Re: Deposition |
| **Date:** | Thursday, October 28, 2021 at 9:20:44 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **CC:** | Mei Xuan, Yi Yao, Gabriela S. Leon |
| **Priority:** | High |
| **Attachments:** | image001.gif |

Richard,

I need to know immediately that the deposition will take place next week and that it will be concluded the same day. Absent confirmation within the hour, Plaintiffs will file an expedited motion with the Court for an order compelling Mr. Mastroianni's appearance next week.

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

cidimage001.jpg@01D5EE20.C3677880

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Thursday, October 28, 2021 at 8:55 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Mei Xuan <mxuan@dehengsv.com>, Yi Yao <yyao@dehengsv.com>, "Gabriela S. Leon" <GLeon@otterbourg.com>
**Subject:** Deposition

Jeff:

Nick and I are in the midst of a closing on another totally unrelated matter that was supposed to close yesterday, and is instead playing out as I type this and will go on the rest of the afternoon. I don't think either of us wants to proceed in fits and starts. Can we reschedule the deposition? I will cover any reporter bust fee. Thank you.

Richard



**Richard G. Haddad** • Otterbourg P.C. • 230 Park Avenue • New York, NY 10169 • Direct: (212) 905-3622 • Cell: (914) 261-4921 • Fax: (212) 682-6104 • rhaddad@otterbourg.com • otterbourg.com

The information contained in this communication may be privileged and/or confidential and is intended only for the individual to whom it is addressed or agent responsible to deliver it to the intended recipient. If you have received this communication in error, please immediately notify us by telephone.



EXHIBIT 9

| | |
|---|---|
| **Subject:** | Re: I am on a courtcall and will revert shortly |
| **Date:** | Thursday, October 28, 2021 at 9:41:39 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **Attachments:** | image001.gif, Reinhart SDO.pdf |

If we can't resolve this, Magistrate Judge Reinhart's Standing Order requires the parties to discuss discovery disputes by phone (email is insufficient) and to submit a joint memorandum. A copy of his Standing Order is attached, from which an excerpt pertaining to the procedure is set forth below:

> At least 48 hours prior to the scheduled hearing, the parties shall file a joint discovery memorandum of five pages or less (1) specifying the substance of the discovery matter to be heard, (2) certifying that the parties have complied with the pre-hearing communication requirement set forth above, and (3) attaching a copy of all source materials relevant to the discovery dispute (e.g., if the dispute concerns interrogatories, the interrogatories at issue and any responses thereto shall be provided to Chambers).

Hopefully, we can resolve the matter short of a motion. If not, I'm available all day on my mobile number: 925-989-6974.

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

cidimage001.jpg@01D5EE20.C3677880

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Thursday, October 28, 2021 at 9:36 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Subject:** I am on a courtcall and will revert shortly



---

**Richard G. Haddad** • Otterbourg P.C. • 230 Park Avenue • New York, NY 10169 • Direct: (212) 905-3692 • Cell: (914) 261-4921 • Fax: (212) 682-6104 • rhaddad@otterbourg.com • otterbourg.com

The information contained in this communication may be privileged and/or confidential and is intended only for the individual to whom it is addressed or agent responsible to deliver it to the intended recipient. If you have received this communication in error, please immediately notify us by telephone.



EXHIBIT 10

| **Subject:** | Re: Deposition |
|---|---|
| **Date:** | Thursday, October 28, 2021 at 10:33:01 AM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **CC:** | Mei Xuan, Yi Yao, Gabriela S. Leon |
| **Attachments:** | image001.jpg, image002.gif |

Done. See you then.

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

cidimage001.jpg@01D5EE20.C3677880

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Thursday, October 28, 2021 at 10:28 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Mei Xuan <mxuan@dehengsv.com>, Yi Yao <yyao@dehengsv.com>, "Gabriela S. Leon" <GLeon@otterbourg.com>
**Subject:** RE: Deposition

## Monday starting at 1:30 eastern?

---

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]
**Sent:** Thursday, October 28, 2021 12:21 PM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Mei Xuan <mxuan@dehengsv.com>; Yi Yao <yyao@dehengsv.com>; Gabriela S. Leon <GLeon@otterbourg.com>
**Subject:** Re: Deposition
**Importance:** High

Richard,

I need to know immediately that the deposition will take place next week and that it will be concluded the same day. Absent confirmation within the hour, Plaintiffs will file an expedited motion with the Court for an order compelling Mr. Mastroianni's appearance next week.

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588

1

Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com



---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Thursday, October 28, 2021 at 8:55 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Cc:** Mei Xuan <mxuan@dehengsv.com>, Yi Yao <yyao@dehengsv.com>, "Gabriela S. Leon" <GLeon@otterbourg.com>
**Subject:** Deposition

Jeff:

Nick and I are in the midst of a closing on another totally unrelated matter that was supposed to close yesterday, and is instead playing out as I type this and will go on the rest of the afternoon.  I don't think either of us wants to proceed in fits and starts.  Can we reschedule the deposition?  I will cover any reporter bust fee.  Thank you.

Richard



---

**Richard G. Haddad** • Otterbourg P.C. • 230 Park Avenue • New York, NY 10169 • Direct: (212) 905-3622 • Cell: (914) 261-4921 • Fax: (212) 682-6104 • rhaddad@otterbourg.com • otterbourg.com

---

The information contained in this communication may be privileged and/or confidential and is intended only for the individual to whom it is addressed or agent responsible to deliver it to the intended recipient. If you have received this communication in error, please immediately notify us by telephone.

2



EXHIBIT 11

| **Subject:** | Re: Deposition |
| **Date:** | Tuesday, November 2, 2021 at 5:42:51 PM Pacific Daylight Time |
| **From:** | Jeffrey L. Fazio |
| **To:** | Richard G. Haddad |
| **CC:** | Yi Yao, Mei Xuan, Gabriela S. Leon |
| **Attachments:** | image001.gif |

Richard,

After being forced to file an expedited motion to modify the Scheduling Order because of the repeated delays caused by Mastroianni's "emergencies" and Defendants' refusal stipulate to the modification, I really don't want a lecture from you about "hyperbole" – particularly in light of your client's habit of pulling the same stunt in other cases, and your "misunderstanding" about offering to make him available later this week.

In short, waiting until next week is unacceptable for the same reasons it was unacceptable the last time we were in this position. In addition, I was hoping to complete the Mastroianni deposition before deciding whether to proceed with other depositions, such as the lawyer(s) who gave the advice you claim Mastroianni relied on to breach his fiduciary duties and the construction loan agreement, Putnam Bridge, and Richard Yellen.

The first priority, though, is getting a handle on the Mastroianni deposition. It's become painfully obvious that we cannot rely on anyone's word about showing up and staying until the deposition is completed due "emergencies" -- such as working on business projects with you. It appears that the only way to ensure compliance with Rule 30 is by asking the Court to appoint Magistrate Judge Reinhart to preside over the deposition and address the other issues in that context.

Unless you can come up with an alternative that will ensure his attendance this week, we will be filing the motion as soon as practicable.

**Jeffrey L. Fazio**

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

cidimage001.jpg@01D5EE20.C3677880

---

**From:** Richard Haddad <rhaddad@otterburg.com>
**Date:** Tuesday, November 2, 2021 at 4:55 PM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>

<span style="color:red;">1</span>

**Cc:** Yi Yao <yyao@dehengsv.com>, Mei Xuan <mxuan@dehengsv.com>, "Gabriela S. Leon"
<GLeon@otterbourg.com>
**Subject:** RE: Deposition

Jeff:

I had a misunderstanding about the witness' availability.  Yesterday when I
heard next Wednesday or Thursday and proposed those days to you I
thought that was November 3 or 4, which was not the witness'
understanding.  He meant "next" Wednesday or Thursday, as opposed to
"this" Wednesday or Thursday.  So we are proposing November 10 or 11.
(Even though Thursday, November 11 is a court holiday, we are available
then.)

The hyperbole in your email below was unwarranted, and I would not have
commented but for your misplaced threat.  As you know, the witness and I
were all ready and on Zoom last Monday, October 26th for the deposition as
scheduled, when we had to reschedule because your court reporter did not
show and you could not arrange a substitute.  So there is no effort to avoid
your deposition, and there is no need for a motion, but if you do file one,
please be sure to state clearly that Mr. Mastroianni was on the Zoom ready for
his deposition as scheduled last Monday morning, October 26th, when the
plaintiffs had to reschedule.  My hope is that none of that will be necessary,
and that you take and complete the deposition on November 10 or 11.  Thank
you.

Richard

---

**From:** Jeffrey L. Fazio [mailto:jfazio@dehengsv.com]
**Sent:** Monday, November 01, 2021 11:05 AM
**To:** Richard G. Haddad <rhaddad@otterbourg.com>
**Cc:** Yi Yao <yyao@dehengsv.com>; Mei Xuan <mxuan@dehengsv.com>
**Subject:** Re: Deposition

Richard,

This has gone beyond ridiculous into the realm of the sanctionable. I'm available on Thursday
(November 4), but if Mastroianni does not appear or does not remain until the deposition is
completed that day – for **any** reason – Plaintiffs will seek an order imposing sanctions and that
Magistrate Judge Reinhart or a court-appointed special master preside over the deposition to
ensure that this does not happen again.

**Jeffrey L. Fazio**

2

Silicon Valley Office: 7901 Stoneridge Drive, Suite 208, Pleasanton, CA 94588
Tel: (+1) 925 399 5856
Fax: (+1) 925 397 1976
Web: www.dehenglaw.com

cidimage001.jpg@01D5EE20.C3677880

---

**From:** Richard Haddad <rhaddad@otterbourg.com>
**Date:** Monday, November 1, 2021 at 7:58 AM
**To:** "Jeffrey L. Fazio" <jfazio@dehengsv.com>
**Subject:** Deposition

Jeff:  I just spoke with Mr. Mastroianni who is sick today and is going to the doctor.  Can we reschedule to Wednesday or Thursday?

Thank you.

Richard



**Richard G. Haddad** • Otterbourg P.C. • 230 Park Avenue • New York, NY 10169 • Direct: (212) 905-3622 • Cell: (914) 261-4921 • Fax: (212) 682-6104 •    rhaddad@otterbourg.com  •  otterbourg.com

The information contained in this communication may be privileged and/or confidential and is intended only for the individual to whom it is addressed or agent responsible to deliver it to the intended recipient. If you have received this communication in error, please immediately notify us by telephone.



EXHIBIT 12

CHIQIAN FU, ET AL. vs NICHOLAS A. MASTROIANNI, II, ET AL.
Nicholas A. Mastroianni, II on 08/04/2020

```
 1         IN THE COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
           IN AND FOR PALM-BEACH COUNTY, STATE OF FLORIDA
 2                        CIVIL DIVISION

 3
    CHIQIAN FU, ET AL,
 4
         Plaintiffs,
 5
    vs.                             CASE NO:
 6                                  50-2018-CA-012883-XXXX-
    NICHOLAS A. MASTROIANNI,        MB
 7  II, ET AL.,

 8       Defendants.

 9

10

11         VIDEOTAPED, RINGCENTRAL DEPOSITION OF:
                 NICHOLAS A. MASTROIANNI, II
12
               Taken on Behalf of the Plaintiffs
13

14
             DATE TAKEN:    Tuesday August 4, 2020
15
             TIME:         10:06 a.m. - 5:27 p.m.
16
             PLACE:        RingCentral
17                         Huntington Long Island, New York

18           REPORTER:     Lisa Adkins
                           Notary Public
19                         State of Florida

20           VIDEOGRAPHER:  Roosevelt Harrison

21

22

23

24

25
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
        Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

D113580

CHIQIAN FU, ET AL. vs NICHOLAS A. MASTROIANNI, II, ET AL.
Nicholas A. Mastroianni, II on 08/04/2020                                  Page 2

```
 1   APPEARANCES:

 2   Counsel for Plaintiffs:

 3       JOHN K. MCDONALD, ESQUIRE
         DAVID M. STAHL, ESQUIRE
 4       JEFFREY GILBERT, ESQUIRE
         Southeast Financial Center
 5       200 South Biscayne Boulevard
         Suite 3000
 6       Miami, Florida 33130
         305.358.1991
 7       JMcDonald@cozen.com
         dstahl@cozen.com
 8       jgilbert@cozen.com

 9        Appeared via RingCentral Video

10
     Counsel for Plaintiffs:
11
         JACOB T. SHILLIG, ESQUIRE
12       Shillig Law, PLLC
         8240 Mid Cities Blvd
13       North Richland Hills, Texas 76180
         682.888.2146
14       jt@shilliglaw.com

15          Appeared via RingCentral Video

16

17   Counsel for Defendants:

18       RICHARD G. HADDAD, ESQUIRE
         Otterbourg, P.C.
19       230 Park Avenue
         New York, New York 10169
20       212.661.9100
         rhaddad@otterbourg.com
21
            Appeared via RingCentral Video
22

23

24

25
```

D113581

```
 1                     APPEARANCES (CONT)

 2   In-house Counsel for Defendants:

 3       ASHLEY L. FLUCAS, ESQUIRE
         USIF
 4       115 Front Street
         Suite 300
 5       Jupiter, Florida 33477
         561.935.9849
 6
             Appeared via RingCentral video
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

D113582

CHIQIAN FU, ET AL. vs NICHOLAS A. MASTROIANNI, II, ET AL.
Nicholas A. Mastroianni, II on 08/04/2020                              Page 10

1    screen in the meantime.

2          MR. MCDONALD:  If you would have told me that,

3    I would have had them overnighted yesterday and he'd

4    have them in front of him right now, Mr. Haddad.

5          MR. HADDAD:  We did overnight them.  We did

6    overnight them.

7          MR. MCDONALD:  Don't filibuster.  I want to

8    depose your client.

9          MR. HADDAD:  Wait, I'm not filibustering.  We

10   did overnight them yesterday, and they're getting

11   them to him now.  As you now, there is a hurricane

12   storm throughout the eastcoast right now.

13   BY MR. MCDONALD:

14   Q.   Mr. Mastroianni, if the exhibits arrive at your

15   home, can you let me know that, because that will make

16   the deposition more efficient.

17         The reason I did -- I made hard copies so that

18   it would be easier for you.  And so if they arrive at

19   your home, let me know, we'll take a break, and we'll

20   get them in front of you.  Is that clear?

21   A.   That's fine, sir.

22   Q.   Okay.  I got an email on Sunday night from

23   Mr. Haddad that stated that you had a hard stop for your

24   deposition at 11:45 a.m. today because of another

25   critical matter.

D113589

CHIQIAN FU, ET AL. vs NICHOLAS A. MASTROIANNI, II, ET AL.
Nicholas A. Mastroianni, II on 08/04/2020                                    Page 11

1              And then I received another email this morning

2   from Mr. Haddad stating that you will have to break this

3   afternoon, the exact time is not known, to attend to

4   another critical matter.

5              What is this other critical matter?

6        A.   We're in the process of taking over a loan and

7   a property through a foreclosure action which involves

8   municipalities, operators.  It's a complicated -- it's a

9   complicated situation; that's why I'm in Long Island.

10       Q.   And when did you first learn of that?

11       A.    It's been going on for the last few days.

12       Q.   But when did you first learn of it?

13       A.   I couldn't tell you.  Probably been a couple of

14  weeks it's been going on.

15       Q.   And when did you communicate that to

16  Mr. Haddad?

17       A.   Mr. Haddad represents us in the matter.

18       Q.   Okay, so he knew about it at the same time as

19  you did?

20            MR. HADDAD:  I knew about it on Sunday, which

21       is when I immediately -- when I communicated it --

22            MR. MCDONALD:  Sir, I'm not asking you

23       questions.  I'm not asking you questions.

24            MR. HADDAD:  Sir, please don't --

25            MR. MCDONALD:  I'm asking Mr. Mastroianni

D113590