UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-80102-CANNON\Reinhart

TING PENG and LIN FU, on behalf of themselves individually and all others similarly situated, and derivatively on behalf of HARBOURSIDE FUNDING, LP, a Florida limited partnership,

    Plaintiffs,

vs.

NICHOLAS A. MASTROIANNI II; HARBOURSIDE FUNDING GP, LLC, a Florida limited liability company; and HARBOURSIDE PLACE, LLC, a Delaware limited liability company,

    Defendants,

and

HARBOURSIDE FUNDING, LP, a Florida limited partnership,

    Nominal Defendant.

**[PROPOSED] ORDER GRANTING TO APPOINT MAGISTRATE JUDGE
AS SPECIAL MASTER AND TO MODIFY SCHEDULING ORDER**

**THIS CAUSE** came before the Court upon a Motion to Appoint Magistrate Judge as Special Master and to Modify Scheduling Order (the "Motion") filed by Plaintiffs Ting Peng and Lin Fu filed. Having considered the Motion, the declaration filed in support of the Motion, and all other relevant materials and argument presented to the Court, and good cause appearing therefor, the Court hereby **GRANTS** the Motion.

Accordingly, pursuant to 28 U.S.C. section 636(b)(2), Federal Rule of Civil Procedure 53 and Southern District of Florida Magistrate Judge Rule 1(g), the Court hereby appoints Magistrate Judge Bruce E. Reinhart as Special Master as follows:

(a) Magistrate Judge Reinhart shall preside over the deposition of Defendant Nicholas Mastroianni (the "deposition") and shall have the authority to make any rulings necessary to ensure the orderly conduct of the deposition until it is completed; and

(b) Magistrate Reinhart shall schedule the deposition in accordance with his availability, and the parties shall cooperate fully in that effort.

In addition, each of the dates set forth in the Order Resetting Trial Deadlines are hereby extended by 30 days, which are subject to revision in the event that Magistrate Judge Reinhart requires more time to schedule and preside over the deposition.

**IT IS SO ORDERED.**

Dated: _____, 2021

                                              The Honorable Aileen M. Cannon
                                              United States District Judge