**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 20-80102-CIV-CANNON/Reinhart**

**TINA PENG and LIN FU, on behalf of themselves and all others similarly situated**,

Plaintiffs,

v.

**NICHOLAS A. MASTROIANNI II; FLORIDA REGIONAL CENTER, LLC, a Delaware Limited Liability Company; HARBOURSIDE FUNDING GP, LLC, a Florida Limited Liability Company; and HARBOURSIDE PLACE, LLC, a Delaware Limited Liability Company,**

Defendants,

and

**HARBOURSIDE FUNDING, LP, a Florida Limited Partnership**,

Nominal Defendant.

_______________________________________/

**ORDER SCHEDULING MEDIATION**

**THIS MATTER** comes before the Court upon the parties' Joint Notice Scheduling Mediation [ECF No. 133], filed on November 12, 2021. The Mediation in this case shall be held before Magistrate Judge Elizabeth LaPorte of the Judicial Arbitration & Mediation Service (JAMS) on January 6, 2022, 12:00 P.M. Eastern, over videoconference. The parties are reminded that a report of their mediation must be filed within five (5) days thereafter.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 15th day of November 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record