UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-80102-CIV-CANNON/Reinhart

**TING PENG** and **LIN FU**, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

**NICHOLAS A. MASTROIANNI II**, et al.,

    Defendants,
_____/

**NICHOLAS A. MASTROIANNI II**, et al.,

    Counter Plaintiffs,

v.

**TING PENG** and **LIN FU**,

    Counter Defendants,
_____/

## ORDER DENYING PLAINTIFFS' EXPEDITED
## MOTION FOR SUBSTITUTION OF CLASS COUNSEL

**THIS CAUSE** comes before the Court upon Plaintiffs' Expedited Motion for Substitution of Class Counsel (the "Motion") [ECF No. 192], filed on June 29, 2022. The Motion seeks to replace current Class Counsel, Jeffrey L. Fazio, with another attorney from DeHeng Law Office, P.C., Andre Y. Bates [ECF No. 192]. According to the Declaration of Jeffrey L. Fazio, the substitution request is warranted on account of the irreconcilable differences that have arisen between the Class Representatives and current Class Counsel [ECF No. 192-1].

On July 5, 2022, Defendants filed a Response in Opposition to the Motion [ECF No. 196], arguing that swapping Class Counsel on the eve of trial would fail to ensure that the interests of

the Class Members remain protected.  The Court agrees.  The Court's Order Granting Motion for Class Certification was based, in part, on current Class Counsel's undisputed "competence to prosecute this action on behalf of Plaintiffs and the Proposed Class" [ECF No. 113 p. 12]. Moreover, the Declaration of Andrew Y. Bates indicates that he would not be available to appear for this class action trial as currently scheduled for July 12, 2022 [ECF No. 192-2 ¶ 7; *see* ECF Nos. 189, 195].  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Expedited Motion for Substitution of Class Counsel [ECF No. 192] is **DENIED**.

2. Trial in this matter remains specially set for **Tuesday, July 12, 2022, at 8:30 a.m.**

3. As previously instructed, the parties shall file a Joint Status Report updating the Court on the status of settlement on or before **July 7, 2022**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of July 2022.

                                                                                  **AILEEN M. CANNON**
                                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record