UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-80102-CIV-CANNON/Reinhart

**TING PENG** and **LIN FU**, on behalf of
themselves and all others similarly situated,

    Plaintiffs,
v.

**NICHOLAS A. MASTROIANNI II**, et al.,

    Defendants,
_____/

**ORDER RESETTING TRIAL DEADLINES**

**THIS CAUSE** comes before the Court upon the Court's sua sponte review of the docket and the parties' inability to reach a mutually agreeable and understood resolution in this matter as required by the Court's Order Following Hearing and Removing Case from Trial Calendar [ECF No. 209]. Accordingly, the Court hereby resets the following deadlines in the manner set forth below.

***

A bench trial in this matter is hereby reset for the Court's two-week trial calendar beginning on **January 17, 2023, at 9:00 a.m.** Counsel for all parties shall appear at a calendar call at **1:45 p.m. on Tuesday, January 10, 2023**. Any testing of electronic equipment to be used at trial must take place at the Calendar Call. To that end, the parties are directed to bring to the Calendar Call any equipment intended for use at trial. No pretrial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Any such request for a pre-trial conference must be made at least 30 days prior to the date of the calendar call. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted

at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of September 2022.

                                                          **AILEEN M. CANNON**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record