UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-80102-CIV-CANNON/Reinhart

**TING PENG** and **LIN FU**, on behalf of
themselves and all others similarly situated,

    Plaintiffs,
v.

**NICHOLAS A. MASTROIANNI II**, et al.,

    Defendants,
_____/

**NICHOLAS A. MASTROIANNI II**, et al.,

    Counter Plaintiffs,
v.

**TING PENG** and **LIN FU**,

    Counter Defendants,
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Defendants' Motion for Attorneys' Fees and Costs in the amount of $85,880 (the "Motion") [ECF No. 226], filed on September 21, 2022. On December 30, 2022, following referral [ECF No. 229], Magistrate Judge Reinhart issued a Report recommending that the Motion be granted in part and denied in part, with Defendants being awarded attorneys' fees and costs in the amount of $30,863.25 [ECF No. 236]. The parties filed a joint notice of non-objection to this Report on January 6, 2023 [ECF No. 240].

Upon review, the Court finds the Report to be well-reasoned and correct, and in accordance with the Court's directive [ECF No. 222].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 236] is **ACCEPTED**.

2. Defendants' Motion for Attorneys' Fees and Costs [ECF No. 226] is **GRANTED IN PART AND DENIED IN PART** as recommended.

3. Plaintiff shall pay Defendants' attorney's fees and costs in the amount of **$30,863.25**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of January 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record