**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:20-cv-80102-CANNON/Reinhart

TING PENG and LIN FU, on behalf of themselves individually and all others similarly situated, and derivatively on behalf of HARBOURSIDE FUNDING, LP, a Florida limited partnership,

Plaintiffs,

v.

NICHOLAS A. MASTROIANNI II; HARBOURSIDE FUNDING GP, LLC, a Florida limited liability company; and HARBOURSIDE PLACE, LLC, a Delaware limited liability company,

Defendants.

and

HARBOURSIDE FUNDING, LP, a Florida limited partnership,

Nominal Defendant.

# NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that David M. Stahl of Cozen O'Connor hereby enters his appearance as counsel for non-party Objectors Heling Wang; Yong Xu; Dong He; Zhenzhen Pan; Guoqing Wu; Weifang Zhu; Yu Bo; Junhui Lin; Guangping Zhai; Kaining Guo; Kai Zhang; Nan Teng; Chiqian Fu; Zhengfang Zhu; Jie Wang; Qin Zhou; Zhengmao Liu; Chunmei Deng; Rong Chen; Deshun Liu; Wei Cui; Li He; Suhua Ye; Ying Yang; Youlun Zhang; Zhuoxiong Yu; Fang Wang; Wei Chen; and Shilai Jiang (collectively, "Objectors"). Pursuant to this Court's Order Granting Preliminary Approval of Class Settlement [ECF No. 260], Objectors submitted their

written objections to the Proposed Settlement to the Notice Administrator. Objectors mailed their written objections on April 20, 2023, and the U.S. Post Office delivered the written objections to the Notice Administrator on April 21, 2023. *See* [ECF No. 275-4] at ¶¶ 28-31, Ex.2. A copy of the written objections that Objectors submitted to the Notice Administrator has been filed with the Court by Plaintiffs. *See* [ECF No. 275-1], Ex. B, pp. 109-268.

Undersigned counsel intends to appear on behalf of the Objectors at the Fairness Hearing on the Parties' Motion for Final Approval currently scheduled for June 30, 2023.

DATED: June 1, 2023

Respectfully submitted,

By: */s/ David M. Stahl*
David M. Stahl / Fla. Bar No. 84713
E-mail: dstahl@cozen.com
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Telephone: 305-358-5001

– and –

John K. McDonald (*Pro Hac Vice* to be filed)
JMcDonald@cozen.com
COZEN O'CONNOR
1650 Market Street Suite 2800
Philadelphia, PA 1910
Telephone: (215) 864-8046

***Counsel for Non-Party Objectors***