# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2023

FILED BY ___AP___ D.C.

Nov 21, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 23-12446-A
Case Style: Ting Peng, et al v. Heling Wang, et al
District Court Docket No: 9:20-cv-80102-AMC

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:        404-335-6122
Case Administration:     404-335-6135     Capital Cases:              404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-12446-A

_____

HELING WANG,
YONG XU,
DONG HE,
ZHENZHEN PAN,
GUOQING WU, et al.,

                                                                                                       Interested Parties - Appellants,

TING PENG,
on behalf of themselves individually and all others
similarly situated, and derivatively on behalf of
HARBOURSIDE FUNDING, LP,
a Florida limited partnership,
LIN FU,
on behalf of themselves individually and all others
similarly situated, and derivatively on behalf of
HARBOURSIDE FUNDING, LP,
a Florida limited partnership,

                                                    Plaintiffs - Counter Defendants - Appellees,

versus

NICHOLAS A. MASTROIANNI, II,
HARBOURSIDE PLACE, LLC,
a Delaware limited liability company,
HARBOURSIDE FUNDING GP, LLC,
a Florida limited liability company,
HARBOURSIDE FUNDING, LP,
a Florida limited partnership,

                                                    Defendants - Counter Claimants - Appellees,

RICHARD L. YELLEN, et al.,

                                                    Defendants.

---

Appeal from the United States District Court
for the Southern District of Florida

---

ORDER: Motion to voluntarily dismiss appeal filed by Appellants Heling Wang, Yong Xu, Dong He, Zhenzhen Pan, Guoqing Wu, Weifang Zhu, Junhui Lin, Guangping Zhai, Kaining Guo, Chiqian Fu, Zhengfang Zhu, Jie Wang, Qin Zhou, Chunmei Deng, Deshun Liu, Li He, Ying Yang, Youlun Zhang, Zhuoxiong Yu, Fang Wang and Wei Chen is GRANTED by clerk [10071380-2]., ORDER: Motion to voluntarily dismiss appeal filed by Appellants Yu Bo, Kai Zhang, Nan Teng, Zhengmao Liu, Rong Chen, Wei Cui, Suhua Ye and Shilai Jiang is GRANTED by clerk [10064756-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective November 21, 2023.

                              DAVID J. SMITH
           Clerk of Court of the United States Court
              of Appeals for the Eleventh Circuit

                                            FOR THE COURT - BY DIRECTION